# JONES DAY

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017-6702
TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

November 16, 2015

Via ECF (Courtesy Copy via FAX)

Hon. Kimba M. Wood
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street
New York, NY 10007-1312
FAX: (212) 805-7900

Re: Thomas v. Shiloh Industries, Inc., et al., No. 15-CV-07449 (KMW)

Dear Judge Wood:

We represent Defendants Shiloh Industries, Inc., Ramiz Hermiz and Thomas M. Dugan in the above-referenced action, and we are writing respectfully to request that the defendants be excused from responding to the complaint, filed September 21, 2015. Defendants' response to the complaint is currently due on November 24, 2015. No previous extension has been requested.

This action is a putative securities class action that is subject to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). Neither a lead plaintiff nor lead counsel have yet been appointed under the PSLRA's procedures for such appointments. Applications for appointment as lead plaintiff and lead counsel under the PSLRA are not due until November 20. See 15 U.S.C. § 78u-4(a)(3).

Because lead plaintiffs in securities cases typically file an amended complaint after being appointed, defendants request that they not be required to respond to the pending complaint. After a lead plaintiff and lead counsel have been appointed, defendants will confer with them and propose to the court a schedule for the filing of an amended complaint and a response to that complaint.

Plaintiff concurs in the relief sought by this letter motion.

We thank you for your consideration.

Respectfully submitted,

/s/ Robert C. Micheletto

Robert C. Micheletto

Cc: Plaintiff's counsel of record

ALKHOBAR • ATLANTA • BEIJING • BOSTON • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DUBAI
DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES • MADRID
MEXICO CITY • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH • RIYADH • SAN DIEGO
SAN FRANCISCO • SAO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON