USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_______________
DATE FILED: 3/23/17

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

RAYMOND THOMAS and WILLIAM PORTER, individually and on behalf of all others similarly situated,

Plaintiffs,

-v-

SHILOH INDUSTRIES, INC., RAMZI HERMIZ, and THOMAS M. DUGAN,

Defendants.

-----------------------------------------------------------X

15 **CIVIL** 7449 (KMW)

**JUDGMENT**

Defendants having moved to dismiss the Corrected Amended Complaint ("CAC") under Rule 9(b) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act ("PSLRA"), and the matter having come before the Honorable Kimba A. Wood, United States District Judge, and the Court, on March 23, 2017, having rendered its Opinion & Order granting Defendants' motion to dismiss, and directing the Clerk of Court to close this case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 23, 2017, Defendants' motion to dismiss is granted; accordingly, the case is closed.

**Dated:** New York, New York
March 23, 2017

**RUBY J. KRAJICK**

_______________________
**Clerk of Court**

**BY:** K Mango
_______________________
**Deputy Clerk**