USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/20/18

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

RAYMOND THOMAS and WILLIAM PORTER, individually and on behalf of all others similarly situated,

Plaintiffs,

-against-

SHILOH INDUSTRIES, INC., RAMZI HERMIZ, and THOMAS M. DUGAN,

Defendants.

---------------------------------------------------------X

15 **CIVIL** 7449 (KMW)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 19, 2018, Defendant's motion to dismiss the Second Amended Class Action Complaint is GRANTED in its entirety. Plaintiffs' Second Amended Class Action Complaint is DISMISSED with prejudice and without leave to amend; accordingly, the case is closed.

**Dated:** New York, New York
September 20, 2018

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:** K Mango

**Deputy Clerk**